UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
BYRON BREEZE, JR., *on behalf of himself and all similarly situated individuals,*

                      Plaintiff,      Case No. 18-cv-09622 (HBP)

      -against-                **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

EXCELSIOR SYNDICATE INC.,
*a New York Corporation*

                      Defendant.
------------------------------------------------------------X

WHEREAS, plaintiff sued defendant alleging that its website violates Title III of the Americans with Disabilities Act because is not fully accessible to disabled individuals insofar as, among other things, it is not possible to make an online reservation for an accessible room and its website does not identify the available accommodations at Defendant's hotel; and

WHEREAS, defendant is committed to continued compliance with the Americans with Disabilities Act and to maintaining an accessible website, and it is making the necessary changes to address the alleged issues, and the parties are amicably resolving this litigation on that basis,

IT IS HEREBY STIPULATED AND AGREED that this action is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Dated: New York, New York
         February 19, 2019

LAW OFFICES OF NOLAN KLEIN              LEWIS BRISBOIS BISGAARD & SMITH LLP

By: _____                   By: _____
    Nolan Klein                                        Peter T. Shapiro
    *Attorneys for Plaintiff*                      *Attorneys for Defendant*
    39 Broadway, Suite 2250                 77 Water Street, Suite 2100
    New York, NY 10006                     New York, New York 10005
    646.560.3230                                212.232-1300
    klein@nklegal.com                     Peter.Shapiro@lewisbrisbois.com

4844-0706-9830.1

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/24/19

SO ORDERED:

*[signature]*
U.S.M.J.
4-24-19